**ORIGINAL**



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3340 JM |
| Plaintiff, | )<br>)<br>) | I N F O R M A T I O N |
| v. | )<br>)<br>) | Title 18, U.S.C., Secs.<br>1956(a)(2)(A) and 1956(h) - |
| DEAN MILLER, | )<br>) | Conspiracy to Launder Funds;<br>Title 18, U.S.C., Secs. |
| Defendant. | )<br>)<br>) | 371 and 2320 - Conspiracy to<br>Traffic in Counterfeit Goods |
| | ) | |

The United States Attorney charges:

<u>Count 1</u>

Beginning on a date unknown and continuing up to and including August 2002, within the Southern District of California, and elsewhere, defendant DEAN MILLER did knowingly and intentionally conspire with others known and unknown to transport, transmit, and transfer, monetary instruments and funds, to wit: approximately $221,000 in United States dollars from a place in the United States to and through places outside the United States with the intent to promote the carrying on of specified unlawful activity, to wit: trafficking in counterfeit goods; in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(h).

//

1                                    Count 2

2          Beginning on a date unknown, and continuing up to and including

3    January 2003, within the Southern District of California and

4    elsewhere, defendant DEAN MILLER did knowingly and intentionally

5    conspire with others known and unknown to commit an offense against

6    the United States, that is, to traffic in good and services and

7    knowingly used a counterfeit mark, to wit: counterfeit Marlboro brand

8    cigarettes, with spurious marks that were identical and substantially

9    indistinguishable from marks registered for authentic Marlboro

10   cigarettes in the principal register of the United States Patent and

11   Trademark Office and in use, in violation of Title 18, United States

12   Code, Sections 2320 and 2320 (e)(1)(A)(ii).

13                                   OVERT ACTS

14         In furtherance of said conspiracy and to effect he objects

15   thereof, the following overt acts, among others were committed in the

16   Southern District of California, and elsewhere:

17         1.    In or about August 2002, in the San Diego, California,

18               Defendant DEAN MILLER directed the shipment of

19               approximately 500 cases of counterfeit Marlboro cigarettes

20               from a location in the Central District of California to

21               a customer in Spokane, Washington.

22   All in violation of Title 18, United States Code, Section 371.

23

24   DATED:  DECEMBER 11, 2007

25                                         KAREN P. HEWITT
                                           United States Attorney
26

27

28                                         BRUCE C. SMITH
                                           Assistant U.S. Attorney

                                          2