# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

DEAN MILLER,

WAIVER OF INDICTMENT

CASE NUMBER: '07 CR 3340 JM

FILED DEC 17 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

I, DEAN MILLER, the above named defendant, who is accused in an INFORMATION of Title 18, United States Code, §§ 1956(a)(2)(A) and 1956(h) - Conspiracy to Launder Funds; and Title 18, United States Code, §§ 371 and 2320 - Conspiracy to Traffic in Counterfeit Goods, both felonies; being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-17-2007 my rights to prosecution by indictment, and consent that the proceeding may be by information rather than by indictment.

Date: 12-13-07

_____
DEAN MILLER
*Defendant*

_____
Counsel for Defendant
MICHAEL PANCER

Before _____
HON.
U.S. DISTRICT COURT JUDGE