KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963
Email: Bruce.Smith@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 07cr3340-JM |
| ) | |
| ) | NOTICE OF APPEARANCE |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEAN MILLER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for Plaintiff in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

**Bruce C. Smith**    Tel: 619-557-6963    Email: Bruce.Smith@usdoj.gov

Please feel free to contact me should you have any questions regarding this notice.

DATED: December 18, 2007              Respectfully submitted,

                                      KAREN P. HEWITT
                                      United States Attorney

                                      s/ Bruce C. Smith
                                      _____
                                      BRUCE C. SMITH
                                      Assistant United States Attorney
                                      Attorneys for Defendants
                                      Email: Bruce.Smith@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   Email: Bruce.Smith@usdoj.gov
6  Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 07cr3340-JM |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| DEAN MILLER, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Bruce C. Smith, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the following document:

**NOTICE OF APPEARANCE**

on the parties listed below by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties and/or their counsel in this case:

///
///
///
///
///
///

1 | Michael Pancer, Esq.
2 | 105 West F Street, 4th Floor
  | San Diego, CA 92101
3 | mpancer@hotmail.com

4  DATED:   December 19, 2007                    Respectfully submitted,

5                                                KAREN P. HEWITT
                                                 United States Attorney
6
                                                 s/ Bruce C. Smith
7                                                _____
                                                 BRUCE C. SMITH
8                                                Assistant United States Attorney
                                                 Attorneys for Defendants
9                                                Email: Bruce.Smith@usdoj.gov