MICHAEL PANCER
California State Bar No. 043602
105 W. "F" St., 4th Fl.
San Diego, CA 92101
Phone: (619) 236-1826
Fax:   (619) 233-3221
Email: mpancer@hotmail.com

Attorney for Defendant
DEAN MILLER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR03340-JM |
| Plaintiff, ) | MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW INTERNATIONAL TRAVEL |
| vs. ) | |
| DEAN MILLER, ) | |
| Defendant. ) | |

Now comes Michael Pancer and states that he is the attorney of record for Dean Miller in the above-entitled matter. Mr. Miller is presently on supervised release as a result of his conviction for a violation of 18 USC 1956(a)(2)(A) and 1956(h) and 18 USC 371 and 2320, i.e. his role in distributing counterfeit cigarettes.

Mr. Miller is employed by Ruvan, Inc. Ruvan, Inc. is a consortium of companies involved in energy resources and global energy exploration.

1       The purpose of Mr. Miller's travel is to assist Ruvan, Inc. in entering a strategic alliance with BN Invest Holding.

       The companies would, among other things, negotiate for licenses from Kazakhstan to engage in oil exploration and importation to Kazakhstan.

       The attached Exhibits A and B from Ruvan, Inc. and BN Invest Holding provide the reasons for Mr. Miller's travel and the dates that he will need to travel. Also attached as Exhibits C and D are a visa from the Republic of Kazakhstan and a copy of the front page of Mr. Miller's passport.

       It is my understanding that his travel plans have been approved by both Mimi Manzano and Kathy Schwarte from U.S. Probation who are supervising Mr. Miller. I understand that they will be submitting something to the court setting forth their position.

       I have submitted this request to Bruce Smith, the Assistant U.S. Attorney who handled Mr. Miller's prosecution. By his signature hereto he indicates that he has no opposition to the attached order.

Dated: August 28, 2008       /s Michael Pancer

MICHAEL PANCER
Attorney for Defendant
DEAN MILLER

The government has no opposition to the attached order.

APPROVED:
KAREN P. HEWITT
United States Attorney

By /s/

BRUCE SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff