

August 27, 2008

Ms. Mimi Manzano
US Probations Officer

RE: DEAN MILLER

This letter is to confirm that Mr. Dean Miller's participation in the upcoming meetings taking place in Kazakhstan and Kyrgyzstan is imperative to our negotiations with BN Investments.

Our travel plans are to depart Los Angeles for Kazakhstan Tuesday, September 2. We will be in Kazakhstan until September 6 at which time we will depart Kazakhstan for Kyrgyzstan. Our team will remain in Kyrgyzstan until September 9, and on September 10 return to the US.

Mr. Miller's expertise the areas of gas and oil drilling negotiations and first hand knowledge regarding these specific projects makes him invaluable to the team during these business transactions. We are certain that the outcome of these meetings will be compromised if Mr. Miller does not participate.

We thank you for your consideration in this matter.

Cordially,

Anatoly Vanetik
Chairman & CEO

18301 Von Karman Ave • Suite 1050 • Irvine • CA 92612 • 714.689.9100

EXHIBIT A