

August 26, 2008

Mr. Dean Miller
President
RUVAN, INC.
18301 Von Karman Avenue
Suite 1050
Irvine, CA 92612

Dear Mr. Miller

BN Investments is hereby extending and invitation to you and your management team to include Tony Vanetik, Larry Duvall and Alexander Sulla.

We intend to discuss with Ruvan and its associates project development with relation to the companies, Turan Petroleum, Inc., NRG Resources, Inc., Global Energy and GreenZone, companies of which the management team of Ruvan, Inc. are the main shareholders.

It is the intent of BN Investments to forge a joint development agreement with Ruvan, Inc. on behalf of the abovementioned companies.

We thank you for your assistance in this process.

Cordially,

Genady Kim
President

104-a Baitoursynov Str. • Almaty 050022 • Kazakhstan • 727.250.36.35

EXHIBIT __B__