Case No. 07-CR-03340-JM
Michael Pancer, Esq.
105 W. "F" St., 4th Floor
San Diego, CA 92101
Phone:      619-236-1826
Fax:        619-233-3221

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 105 W. "F" St., 4th Fl., San Diego, California 92101. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On August 28, 2008, I served the foregoing document described as **"DEAN MILLER'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW INTERNATIONAL TRAVEL"** in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following:

**Michael Pancer**
mpancer@hotmail.com

**Bruce C Smith**
Bruce.Smith@usdoj.gov,efile.dkt.af@usdoj.gov,mary.apgar@usdoj.gov,efile.dkt.gc1@usdoj.gov

Manual Notice List

By fax:

USPO Kathy Schwarte       FAX 760-806-9359
U.S. Probation
495 La Tortuga Dr., Ste. 200
Vista, CA 92081-4321

USPO Mimi Manzano         FAX 760-806-9359
U.S. Probation
495 La Tortuga Dr., Ste. 200
Vista, CA 92081-4321

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
Executed on August 28, 2008, at San Diego, California.

*Candy Ruthven*
Candy Ruthven