**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. Jeffrey T. Miller)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR03340-JM |
| | ) | |
| Plaintiff, | ) | ORDER TO MODIFY |
| | ) | CONDITIONS OF |
| vs. | ) | SUPERVISED RELEASE |
| | ) | TO ALLOW INTERNATIONAL |
| DEAN MILLER, | ) | TRAVEL |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED for good cause showing that Dean Miller be permitted to travel outside the U.S. from September 2, 2008, until September 11, 2008, upon notice to and approval of his supervising probation officers.

DATED: August 29, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge