PROB 12B
(04/08)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

FILED
SEP - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Name of Offender:** Dean MILLER                              **Dkt No.:** 07-CR-3340-001-JM

**Name of Sentencing Judicial Officer:** The Honorable Jeffrey T. Miller, U.S. District Judge

**Sentence:** Three years probation (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Date of Sentence:** December 17, 2007                        **Date Commenced:** May 2, 2008

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Mr. Miller can travel internationally, at the U. S. Probation Officer's discretion.

PROB 12B

Name of Offender: Dean MILLER                                   August 29, 2008
Docket No.: 07-CR-3340-001-JM                                              Page 2

## CAUSE

It should be noted that on July 23, 2008, the Honorable Irma E. Gonzalez accepted a transfer of jurisdiction in Case No. EP-03-CR-2294PRM(10) from the Western District of Texas. Once processed by the clerks' offices in both districts, this case will be assigned to Your Honor as well.

With regard to travel, Mr. Miller reports employment projects in Russia, Kazakhstan and Kyrgystan. He will be required to produce documentation confirming his business and travel arrangements. The undersigned does not object to this travel and anticipates additional requests in the future. Accordingly, it appears appropriate to modify the conditions of supervision allowing the probation officer to authorize such travel.

Respectfully submitted:                          Reviewed and approved:
by _____                    _____
Kathleen Schwarte                                Julia Jauregui
U.S. Probation Officer                           Supervising U.S. Probation Officer
(760) 806-9356

Attachments

---

**THE COURT ORDERS:**

___✓___  The Modification of Conditions as Noted Above

_____  Other _____

_____                    9/4/08
The Honorable Jeffrey T. Miller                      Date
U.S. District Judge